Robert Salgado (SBN 297391)
DAVIS & NORRIS, LLP
5755 Oberlin Dr. Suite 301
San Diego, CA 92121
Phone: 858-333-4103
Fax Number: 205-930-9989
Email: rsalgado@davisnorris.com

Dargan Ware (SBN 329215)
John E. Norris (pro hac vice anticipated)
Andrew Wheeler-Berliner (SBN 290495)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone; 205.930.9900
dware@davisnorris.com
jnorris@davisnorris.com
andrew@davisnorris.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIENNE FRASER, CODEY DeNOYELLES, CHEVALIA MORGAN, CAROLYN FLOWERS, PETRINA FENNELL, JILL MAYER, KAT HALL, EUGENE F. ELANDER, IRIS DELGADO, and CHRISTA RODRIGUEZ <br><br> Plaintiff(s), <br><br> vs. <br><br> CAL-MAINE FOODS, INC., ROSE ACRE FARMS, INC., MICHAEL FOODS, INC., HILLANDALE FARMS, TRILLIUM FARM HOLDINGS, LLC., REMBRANDT ENTERPRISES, INC., HICKMAN'S EGG RANCH, INC., DAYBREAK FOODS, INC., WEAVER BROS., INC., PRAIRIE STAR FARMS, LLC., SPARBOE FOODS CORP., HERBRUCK'S POULTRY RANCH, INC., WABASH VALLEY PRODUCE, INC., CENTRUM VALLEY FARMS, L.P., OPAL FOODS, LLC., WHOLE FOODS MARKET GROUP, INC., COSTCO WHOLESALE CORP., RALEY'S, STATER BROS. HOLDINGS, INC., | Case No.: 3:20-cv-02733-AGT <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRADER JOE'S CO. WIHOUT PREJUDICE** |

- 1 -

REQUEST FOR DISMISSAL

| | |
|---|---|
| WAL-MART STORES, INC., AMAZON.COM, INC., SAVE MART SUPERMARKETS, ALBERTSON'S COMPANIES, INC., TRADER JOE'S CO., THE KROGER CO., WINCO HOLDINGS, INC.<br><br>                    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE:**

On May 4th, 2020 Plaintiffs hereby provide Notice to this court of the voluntary dismissal of Trader Joe's Co. from the Complaint *without prejudice*. This Notice is provided pursuant to Federal Rules of Civil Procedure 41(a) as Trader Joe's Co. has not yet provided an answer or motion in this Action.

DATED: May 4, 2020                                         **DAVIS & NORRIS, LLP**

                                                                                    _____
                                                                                    Robert B. Salgado, on behalf of
                                                                                    Plaintiffs and Proposed Class