1 | Robert Salgado (SBN 297391)
DAVIS & NORRIS, LLP
5755 Oberlin Dr. Suite 301
San Diego, CA 92121
Phone: 858-333-4103
Fax Number:  205-930-9989
Email:  rsalgado@davisnorris.com

Dargan Ware (SBN 329215)
John E. Norris (pro hac vice anticipated)
Andrew Wheeler-Berliner (SBN 290495)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone; 205.930.9900
dware@davisnorris.com
jnorris@davisnorris.com
andrew@davisnorris.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FRASER, CODEY DeNOYELLES, CHEVALIA MORGAN, CAROLYN FLOWERS, PETRINA FENNELL, JILL MAYER, KAT HALL, EUGENE F. ELANDER, IRIS DELGADO, and CHRISTA RODRIGUEZ<br><br>Plaintiff(s),<br><br>vs.<br><br>CAL-MAINE FOODS, INC., ROSE ACRE FARMS, INC., MICHAEL FOODS, INC., TRILLIUM FARM HOLDINGS, LLC., HICKMAN'S EGG RANCH, INC., DAYBREAK FOODS, INC., PRAIRIE STAR FARMS, LLC., CENTRUM VALLEY FARMS, L.P., OPAL FOODS, LLC., RALEY'S, STATER BROS. HOLDINGS, INC., WAL-MART STORES, INC., ALBERTSON'S COMPANIES, INC., THE KROGER CO., WINCO HOLDINGS, INC.<br><br>Defendant(s). | Case No.: 3:20-cv-02733-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS THE KROGER CO., CENTRUM VALLEY FARMS, L.P. and TRILLIUM FARM HOLDINGS, LLC. WITHOUT PREJUDICE** |

- 1 -

REQUEST FOR DISMISSAL

**PLEASE TAKE NOTICE:**

On June 18th, 2020 Plaintiffs hereby provide Notice to this court of the voluntary dismissal of THE KROGER CO., CENTRUM VALLEY FARMS, L.P. and TRILLIUM FARM HOLDINGS, LLC. from the Complaint *without prejudice*. This Notice is provided pursuant to Federal Rules of Civil Procedure 41(a) as THE KROGER CO., CENTRUM VALLEY FARMS, L.P. and TRILLIUM FARM HOLDINGS, LLC. have not yet provided an answer or a motion for summary judgment.

DATED: July 3, 2020                                       **DAVIS & NORRIS, LLP**

_____
Robert B. Salgado, on behalf of
Plaintiffs and Proposed Class