Robert Salgado (SBN 297391)
DAVIS & NORRIS, LLP
5755 Oberlin Dr. Suite 301
San Diego, CA 92121
Phone: 858-333-4103
Fax Number: 205-930-9989
Email: rsalgado@davisnorris.com

Dargan Ware (SBN 329215)
John E. Norris (pro hac vice anticipated)
Andrew Wheeler-Berliner (SBN 290495)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone; 205.930.9900
dware@davisnorris.com
jnorris@davisnorris.com
andrew@davisnorris.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FRASER, CODEY DeNOYELLES, CHEVALIA MORGAN, CAROLYN FLOWERS, PETRINA FENNELL, JILL MAYER, KAT HALL, EUGENE F. ELANDER, IRIS DELGADO, and CHRISTA RODRIGUEZ<br><br>Plaintiff(s),<br><br>vs.<br><br>ROSE ACRE FARMS, INC., MICHAEL FOODS, INC., HICKMAN'S EGG RANCH, INC., DAYBREAK FOODS, INC., PRAIRIE STAR FARMS, LLC., OPAL FOODS, LLC., RALEY'S, STATER BROS. HOLDINGS, INC., WAL-MART STORES, INC., WINCO HOLDINGS, INC.<br><br>Defendant(s). | Case No.: 3:20-cv-02733-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS WITHOUT PREJUDICE** |

1  **PLEASE TAKE NOTICE:**

2  PLEASE TAKE NOTICE: Plaintiffs hereby provide Notice to this court of the voluntary
3  dismissal of the remaining defendants without prejudice. This Notice is provided pursuant to Federal
4  Rules of Civil Procedure 41(a)(1)(A) as these Defendants have neither answered nor filed a motion
5  for summary judgment.

8  DATED: September 1, 2020                                **DAVIS & NORRIS, LLP**

_____
Robert B. Salgado, on behalf of
Plaintiffs and Proposed Class