Robert Salgado (SBN 297391)
DAVIS & NORRIS, LLP
5755 Oberlin Dr. Suite 301
San Diego, CA 92121
Phone: 858-333-4103
Fax Number: 205-930-9989
Email: rsalgado@davisnorris.com

Dargan Ware (SBN 329215)
John E. Norris (pro hac vice anticipated)
Andrew Wheeler-Berliner (SBN 290495)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone; 205.930.9900
dware@davisnorris.com
jnorris@davisnorris.com
andrew@davisnorris.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FRASER, CODEY DeNOYELLES, CHEVALIA MORGAN, CAROLYN FLOWERS, PETRINA FENNELL, JILL MAYER, KAT HALL, EUGENE F. ELANDER, IRIS DELGADO, and CHRISTA RODRIGUEZ<br><br>Plaintiff(s),<br><br>vs.<br><br>ROSE ACRE FARMS, INC., MICHAEL FOODS, INC., HICKMAN'S EGG RANCH, INC., DAYBREAK FOODS, INC., PRAIRIE STAR FARMS, LLC., OPAL FOODS, LLC., RALEY'S, STATER BROS. HOLDINGS, INC., WAL-MART STORES, INC., WINCO HOLDINGS, INC.<br><br>Defendant(s). | Case No.: 3:20-cv-02733-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE:**

PLEASE TAKE NOTICE: Plaintiffs hereby provide Notice to this court of the voluntary dismissal of the remaining defendants without prejudice. This Notice is provided pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) as these Defendants have neither answered nor filed a motion for summary judgment.

DATED: September 1, 2020                                **DAVIS & NORRIS, LLP**

Robert B. Salgado, on behalf of Plaintiffs and Proposed Class

Dated: September 2, 2020

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
REQUEST FOR DISMISSAL